UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHAUNA CARLSON and ANDREW CARLSON, husband and wife; and the marital community comprised thereof,

Plaintiffs - Appellees,

v.

Adams County Deputy SAUL CHAVEZ, in his professional and individual capacity and Sergeant JUAN GARCIA, in his professional and individual capacity,

Defendants - Appellants,

and

COUNTY OF ADAMS; et al.,

Defendants.

No. 25-3038

D.C. No.
2:24-cv-00114-RLP
Eastern District of Washington, Spokane

ORDER

Before: GRABER, CLIFTON, and SUNG, Circuit Judges.

Judge Graber and Judge Sung voted to deny the petition for panel rehearing. Judge Clifton voted to grant the petition for panel rehearing. Judge Sung voted to deny the panel for rehearing en banc and Judge Graber so recommended. Judge Clifton recommended granting the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40. The petition

for panel rehearing and rehearing en banc (Docket Entry No. 35) is DENIED.